IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN THÉBERGE,<br><br>        Plaintiff,<br><br>   v.<br><br>BACKCOUNTRY.COM, LLC,<br><br>        Defendant. | No. 1:18-cv-12642-NMG |

## AMENDED NOTICE OF DISMISSAL WITH PREJUDICE[1]

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Stephen Théberge, hereby voluntarily dismisses with prejudice his claims against the Defendant, Backcountry.com, LLC.

Dated: April 3, 2019

Respectfully submitted,

BLOCK & LEVITON LLP

By: *Jason M. Leviton*
    Jason M. Leviton (BBO No. 678331)
    260 Franklin Street, Suite 1860
    Boston, MA 02110
    Tel.: (617) 398-5600
    jason@blockesq.com

*Attorneys for Plaintiff Stephen Théberge*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal With Prejudice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 3, 2019.

        */s/ Jason M. Leviton*
        Jason M. Leviton

---

[1] Plaintiff's Notice of Dismissal Without Prejudice filed on April 1, 2019 is hereby being amended to make clear that the dismissmal is with prejudice.